COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER REINSTATING APPEAL

Appellate case name:      David Villalpando v. The State of Texas

Appellate case number:    01-16-00593-CR

Trial court case number:  1448180

Trial court:              176th District Court of Harris County

On February 9, 2017, this appeal was abated and remanded to the trial court because appellant's appointed counsel failed to file a brief. On February 21, 2017, appellant's newly assigned attorney at the public defender's office filed appellant's brief and a corresponding motion requesting that we reinstate the appeal.

The motion is **granted**. Accordingly, we lift the abatement and reinstate the appeal on the active docket. Nicholas Mensch is designated as appellant's counsel of record. The State's brief is due within 30 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                        Acting individually

Date:  March 2, 2017